WEBER v. SCHMEISSER.

A party will not be heard in relation to a matter in which he is contradict-
ed by the record.

Appeal from the St. Louis Court of Common Pleas.

WHITEHEAD for Appellant.

*Opinion of the Court, delivered by Scott, Judge.*

This was an action commenced by the appellee against
the appellant in a justices' court, on an account.   An ap-
peal was taken to the court of common pleas, where the
appellee had judgment, from which an appeal has been
taken to this court.   After the trial, in the court below,

the appellant moved to set aside the judgment, and filed an affidavit in support of his motion, which set forth the causes why he and his counsel were not in court when the cause was tried. The affidavit further alleged that the party had a just defence to the action. The affidavit of the appellant appears contradicted by the record. This is never allowable : a party cannot gainsay the record. The entry in the record is, that the parties appeared by their attorneys respectively, and neither party requiring a jury, all and singular the premises being seen and heard, and by the court here fully understood, the court doth find, &c. That it appears the party was present by his attorney, dispensed with a jury, and submitted his cause to the court. These facts cannot be contradicted.

SEPT. TERM, 1842.

Weber
v.
Schmeisser.

A party will not be heard in relation to a matter in which he is contradicted by the record.

Judgment affirmed.